**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 26-14001-CR-CANNON**

**UNITED STATES OF AMERICA**,

     Plaintiff,

v.

**LUIS FERNANDO MENDOZA-ROMULO,**

     Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Shaniek Mills Maynard following Change of Plea Hearing [ECF No. 21]. On February 9, 2026, Magistrate Judge Mills Maynard held a Change of Plea hearing [ECF No. 17] during which Defendant pled guilty to Count 1 of the Indictment [ECF No. 11] pursuant to a stipulation of facts [ECF No. 18]. Magistrate Judge Mills Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 1, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offenses [ECF No. 11]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 21] is **ACCEPTED**.

2. The guilty plea entered by Defendant **Luis Fernando Mendoza-Romulo** as to Count 1 of the Indictment is **ACCEPTED**.

CASE NO. 26-14001-CR-CANNON

3.  Defendant **Luis Fernando Mendoza-Romulo** is adjudicated guilty of Count 1 of the Indictment, which charges Defendant with illegal reentry after removal, in violation of 8 U.S.C. § 1326(a) and (b)(1) [ECF No. 11].

**ORDERED** in Chambers at Fort Pierce, Florida, this 9th day of March 2026.

**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:     counsel of record